IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

It is so ordered.
s/Christopher A. Boyko
United States District Judge

| | | |
|---|---|---|
| AKIVA HERSH, | : | CASE NO. 1:17-CV-00146 |
| PLAINTIFF, | : | |
| | : | JUDGE BOYKO |
| V. | : | |
| BOARD OF CUYAHOGA COUNTY COMMISSIONERS, ET AL., | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| DEFENDANTS. | : | |

We, the attorneys for the respective parties, stipulate under Rule 41 of the Federal Rules of Civil Procedure that this action be dismissed with prejudice, each party will bear its own costs.

Respectfully Submitted,

/s/ *Barry R. Murner*
Barry R. Murner (0069195)
Kelly L. Wilson (0086033)
THE SPITZ LAW FIRM, LLC
25200 Chagrin Blvd., Suite 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax: (216) 291-5744
Email: barry.murner@spitzlawfirm.com
       kelly.wilson@spitzlawfirm.com

*Attorneys for Plaintiff Akiva Meir Hersh*

/s/ *Jonathan M. Scandling* (*)
Jonathan M. Scandling (0093905)
Amy E. Marquit Renwald (0074279)
Asst. Law Directors
Cuyahoga County Department of Law
2079 East 9th Street
Cleveland, OH 44115
(216) 698-3003 (Telephone)

(*) By email consent

              (216) 698-2744 (Facsimile)
              jscandling@cuyahogacounty.us
              amarquitrenwald@cuyahogacounty.us

*Counsel for Defendants Board of Cuyahoga County Commissioners, et al.*

[Representation pursuant to August 27, 2013 Agreement governing the division of duties between the Cuyahoga County Prosecutor's Office and Law Department]

## CERTIFICATE OF SERVICE

This is to certify that on December 21, 2017 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

              /s/ *Barry R. Murner*
              *Counsel for Plaintiff Akiva Meir Hersh*